**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BRENT EVERRETT RYAN**                                                                          **PLAINTIFF**

**v.**                                                                          **No. 1:16CV158-MPM-JMV**

**MIKE ARLEDGE, SHERIFF, ET AL.**                                                                          **DEFENDANTS**

**ORDER ADDING OFFICER CHRIS BLACK, NURSE KAY WATTS,**
**AND OFFICER D. SHELTON AS A DEFENDANTS**

After holding a hearing pursuant to *Spears v. McCotter,* 766 F.2d 179 (5th Cir. 1985) – and reviewing the plaintiff's complaint liberally under *Haines v. Kerner*, 404 U.S. 519 (1972) – the court finds that Officer Chris Black, Nurse Kay Watts, and Officer D. Shelton should be added as defendants in this case.   The Clerk of the Court is **DIRECTED** to do so.

**SO ORDERED**, this, the 16th day of February, 2017.

/s/    Jane M. Virden
UNITED STATES MAGISTRATE JUDGE