IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BRENT EVERRETT RYAN**                                                    **PLAINTIFF**

**v.**                                                          **No. 1:16CV158-MPM-JMV**

**MIKE ARLEDGE, SHERIFF, ET AL.**                                   **DEFENDANTS**

**ORDER *DENYING* PLAINTIFF'S MOTION [57] TO
PERMIT PRISONER WITNESSES TO COMMUNICATE**

This matter comes before the court on the motion [57] by the plaintiff for the court to issue an order requiring the Mississippi Department of Corrections to permit the plaintiff and one of his inmate witnesses to communicate with each other. For security reasons, the Mississippi Department of Corrections has established a policy to prohibit inmates from communicating through telecommunications or mail. The court will not interfere with that policy. As such, the plaintiff's request [57] to communicate with an inmate witness is **DENIED**. The plaintiff's request for a writ of *habeas corpus ad testificandum* to ensure the presence of inmate John Knight at a hearing or trial of this matter is **DISMISSED** as unnecessary. The plaintiff need only include Mr. Knight on his witness list, and the court will issue such a writ.

      **SO ORDERED**, this, the 25th day of September, 2017.

                                               /s/    Jane M. Virden
                                               UNITED STATES MAGISTRATE JUDGE